■ Lee O. Montalbo, Appellant, v Marie L. Montalbo et al., Respondents.—In an action, *inter alia,* to set aside a stipulation of settlement and vacate a judgment of divorce of the Supreme Court, Westchester County (Rosato, J.), dated July 18, 1984, the plaintiff appeals from an order of the same court (Stolarik, J.), dated October 29, 1985, which denied his motion for summary judgment.

Order affirmed, with costs.

We agree that there exist triable issues of fact which preclude the granting of summary relief. Mangano, J. P., Gibbons, Weinstein, Eiber and Spatt, JJ., concur.

■ Frances Murphy, Respondent, v James A. Murphy, Appellant. (Action No. 1.) James A. Murphy, Appellant, v Frank Augugliaro et al., Respondents. (Action No. 2.)—In an action for a divorce and ancillary relief (action No. 1) and in an action to impose a constructive trust (action No. 2), James Anthony Murphy, the defendant in action No. 1 and the plaintiff in action No. 2, appeals from so much of an order of the Supreme Court, Kings County (Rigler, J.), dated June 21, 1985, as denied his motion to consolidate the two actions.

Order reversed insofar as appealed from, without costs or disbursements, and motion granted to the extent that the actions shall be tried jointly.

Since a victory by appellant in his action to impose a constructive trust would create additional marital property subject to equitable distribution in the divorce action, we find, on the record before us, that a joint trial of these actions would be proper and desirable. Mangano, J. P., Gibbons, Weinstein, Eiber and Spatt, JJ., concur.